**STATE of Missouri, Respondent,**

v.

**Samuel ANDERSON, Appellant.**

No. WD 75393.

Missouri Court of Appeals, Western District.

Sept. 24, 2013.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Frederick J. Ernst, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Samuel Anderson was found guilty by the trial court of the class C felony of assault in the second degree, the felony of armed criminal action, and the class A misdemeanor of stealing. On appeal, Mr. Anderson challenges the sufficiency of the evidence to support his convictions for assault and armed criminal action. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 30.25(b).

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.